**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

Dated: April 24, 2017.



_____
H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE

---

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Perfect Aqua Purifier LLC, | § | Case No. 16-10621-HCM |
| | § | |
| Debtor | § | Chapter 7 |
| ------------------------------------------- | § | |
| John Patrick Lowe, Trustee, | § | |
|     Plaintiff | § | |
| | § | |
| v. | § | Adv. Pro. No. 16-1111-HCM |
| | § | |
| Union Square Media Group, LLC, | § | |
|     Defendant | § | |

### Default Judgment

On this day came on to be considered the Plaintiff's Motion for Entry of Default Judgment Against Union Square Media Group, LLC. It appears to the Court that the Defendant was properly and timely served with a Summons and Complaint, and has failed to file an answer

1

within the time allowed by law. The Court is further of the opinion that a judgment by default should be entered in favor of the Plaintiff and against the Defendant.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that the Plaintiff's Motion for Entry of Judgment Against Union Square Media Group, LLC is granted and Plaintiff's Complaint to Avoid and Recover Preferential Transfers and For Disallowance of a Proof of Claim is sustained.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that John Patrick Lowe, Trustee do have and recover of and from the Defendant, Union Square Media Group, LLC, a judgment in the amount of $30,000.00.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Proof of Claim of Union Square Media Group, LLC, Claim No. 8-1 on the Claims Register, is disallowed.

IT IS FURTHER ORDERED that all costs of Court are hereby assessed against the Defendant, Union Square Media Group, LLC, for which execution may issue if not timely paid.

IT IS FURTHER ORDERED that Plaintiff shall have all writs and all other process for the collection or enforcement of this judgment, including, without limitation, the process provided by Federal Rule of Bankruptcy Procedure 7069.

IT IS FURTHER ORDERED that all other relief not expressly granted herein is denied.

### 

Default Judgment Prepared By:
John Patrick Lowe, Trustee,
 Plaintiff
218 North Getty Street
Uvalde, Texas 78801
(830) 278-6271
(830) 278-7643 (fax)
Email: johnplowe@sbcglobal.net